UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-9 (01) RM |
| ) | |
| LARRY HARDIN ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 31, 2008 [Doc. No. 59]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Larry Hardin's plea of guilty, and FINDS the defendant guilty of Counts 5 and 6 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b) and 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   August 22, 2008

　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　Chief Judge,
　　　　　　　　　　　　　　　　　　United States District Court